# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TRICIA A. THOMPSON | : | No. 232 WAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| ASHLEY N. THOMPSON | : | |
| | : | |
| | : | |
| PETITION OF:  CLARION COUNTY | : | |
| DOMESTIC RELATIONS SECTION | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by Petitioner is:

> Did the Superior Court of Pennsylvania err in determining that the suspended sentence imposed by the trial court's February 15, 2017 order was an illegal, indefinitely suspended sentence, rather than a sentence to probation, which is a sanctioned punishment under 23 Pa.C.S. § 4354(a)?